IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                            2:18-cr-99 (2)
                                Judge Marbley

Don Jan Burke, III

<u>ORDER</u>

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 70) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Counts 1, 6, 14 and 15 of the Superseding Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: April 23, 2019      <u>    s\Algenon L. Marbley    </u>
                                      Algenon L. Marbley
                                      United States District Judge